UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08cv1736-BTM(NLS) | |
| ) | | |
| Plaintiff, ) | JUDGMENT | |
| ) | OF FORFEITURE | |
| v. ) | | |
| ) | | |
| $12,580.00 IN U.S. CURRENCY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

Having reviewed the Joint Motion For Forfeiture of Defendant Currency and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. Two Thousand Dollars ($2,000.00) of the defendant currency shall be returned to the claimant Gary Adam Molenaar ("Claimant"), through his attorney, Frank V. Puglia.

2. The remainder of the defendant currency, consisting of Ten Thousand Five Hundred Eighty Dollars ($10,580.00) in United States currency, is hereby condemned and forfeited to the United States.

3. Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendant currency shall be borne by the United States.

    4.   Claimant has agreed that by entering into the joint motion, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.  The parties shall bear their own costs and expenses, including all attorney fees.

    5.   The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

    6.   Claimant has warranted and represented as a material fact that he is the sole owner of the defendant currency and further warrants that no other person or entity has any right, claim or interest in the defendant, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

    7.   The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

    8.   The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure and custody of the defendant currency.

    9.   This case is hereby ordered closed.  Let judgment be entered accordingly.

DATED:  April 15, 2009

*[signature: Barry Ted Moskowitz]*

Honorable Barry Ted Moskowitz
United States District Judge